# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 14, 2021

162276

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

MICHAEL SEAN TOMLINSON,
    Defendant-Appellant.

SC: 162276
COA: 354444
Oakland CC: 2019-177774-AR

_____/

On order of the Court, the application for leave to appeal the October 9, 2020 order of the Court of Appeals is considered. We DIRECT the Oakland County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 14, 2021



a0511

                        Clerk